UNITED STATES DISTRICT COURT **SUPPRESSED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

FEB -6 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)
v.  )   **4:20CR080 SNLJ/NAB**
)
BRYIAN T. FIPS, SR.,  )
)
Defendant.  )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 8, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**BRYIAN T. FIPS, Sr.,**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectible amount of cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney